IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-94-530-CV





CONSOLIDATED FINANCIAL RESOURCES, INC.,



 APPELLANT


vs.





SOUTHWEST ECONOMETRICS, INC.,



 APPELLEE



 




FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY



NO. 218,040, HONORABLE STEVE RUSSELL, JUDGE PRESIDING



 




 

PER CURIAM

 Appellant has filed a motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a)(1)(B). 

 The appeal is dismissed.


Before Chief Justice Carroll, Justices Jones and Kidd

Dismissed on Appellant's Motion

Filed: December 7, 1994

Do Not Publish